# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Case No. 2:18-CR-8-10 JRG-RSP |
| | § | |
| DONNA GAIL SERTUCHE | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Roy S. Payne regarding defendant's plea of guilty to Count 3 of the Second Superseding Indictment charging defendant with a violation of 18 U.S.C. § 924(o), conspiracy to use, carry, and possess a firearm during and in furtherance of a drug trafficking crime. Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed September 6, 2019, are hereby ADOPTED.

It is further ORDERED that, pursuant to defendant's plea agreement, the Court finds defendant GUILTY of Count 3 of the Second Superseding Indictment in the above-numbered cause.

**So Ordered this**
**Sep 30, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE